# EXHIBIT B


**FENNER DUNLOP**
ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 165124**
**Date: 05/27/2015**

## INVOICE

Page: 1 of 1

| Sold To: | Ship To: |
|---|---|
| Diversified Resources- Monongalia County Mine<br>29425 Chagrin Boulevard<br>Suite 300<br>Pepper Pike OH 44122<br>USA | The Monongalia County Coal Company<br>Wana Whse<br>99 Shamrock Rd<br>Wana WV 26590<br>USA |

| Fax: | EMail: |
|---|---|

| Purchase Order: 4500543903 | Basis of Sale: | EXW Manufacturing Facility | | |
|---|---|---|---|---|
| Sales Order: 44008 | Sales Person: | Zach Gourley | Ship Via: | Muskoka |
| Terms: Net 30 | Sales Tax ID: | | Ship Date: | 5/27/2015 |

| Location: | Bracebridge | US Dollars |
|---|---|---|

*Quote No. 44008*

*Length Tolerance -0+4%*

*5/27/15 - To ship Prepaid and Add - Must Have Delivered 5/28/15*

*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 60MH41000FBAR188x188M | 1,000.00 | 1,023.00 FT | 70.04 | 71,650.92 |
| | 60" MineHaul 4-1000 Fire Boss AR 3/16x3/16 Molded Edge | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder | | |
|---|---|---|---|---|---|---|
| 41126 | 1 | 26,130 | 00064461 | 44008-1-3 | | |
| | | **Freight** | | 1 EA | 3,409.00 | 3,409.00 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | 60MH41000FBAR188x188M | 1,000.00 | 1,023.00 FT | 70.04 | 71,650.92 |
| | 60" MineHaul 4-1000 Fire Boss AR 3/16x3/16 Molded Edge | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder | | |
|---|---|---|---|---|---|---|
| 41128 | 1 | 25,960 | 00064459 | 44008-1-4 | | |
| | | **Freight** | | 1 EA | 3,409.00 | 3,409.00 |

For billing questions please email FDABilling@fennerdunlop.com

**Total: $ 150,119.84**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions of
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice. Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions. Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 165130**
**Date: 05/27/2015**

## INVOICE

Page: 1 of 1

**Sold To:**
Diversified Resources-Harrison County Mine
29425 Chagrin Boulevard
Suite 300
Pepper Pike OH 44122
USA

**Ship To:**
Harrison County Coal Company
Harrison Co. Prep Plant
372 Robinson Mine Road
Shinnston WV 26431-6837
USA

Fax:                          EMail:

| | |
|---|---|
| Purchase Order: 4500514158 | Basis of Sale: EXW Manufacturing Facility |
| Sales Order: 42027 | Sales Person: Zach Gourley | Ship Via: Customer Pick Up |
| Terms: Net 30 | Sales Tax ID: | Ship Date: 5/27/2015 |

Location: Port Clinton          US Dollars

*Length tolerance -0/+4%*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 60DF3500GT375X250FDL200A | 1,350.00 | 1,350.00 FT | 94.50 | 127,575.00 |
| | 60" DynaFlight ST3500 Granite 3/8x13/32 F c/w DynaLoops on bottom cover @200/ 1/4 full cover over loops/ D7.6 P15.2 C96 | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder |
|---|---|---|---|---|
| 41118 | 1 | 62,200 | 00069159D | 42027-1-4 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | 60DF3500GT375X250FDL200A | 1,350.00 | 1,355.00 FT | 94.50 | 128,047.50 |
| | 60" DynaFlight ST3500 Granite 3/8x13/32 F c/w DynaLoops on bottom cover @200/ 1/4 full cover over loops/ D7.6 P15.2 C96 | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder |
|---|---|---|---|---|
| 41121 | 1 | 62,900 | 00069159E | 42027-1-5 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 3 | SPIDER | 10.00 | 1.00 EA | 0.00 | 0.00 |
| | Steel Cord Spider | | | | |

| Packing Slip | Line | Lot Number | SalesOrder |
|---|---|---|---|
| 41121 | 2 | 42027 | 42027-2-1 |

For billing questions please email FDABilling@fennerdunlop.com

**Total: $        255,622.50**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions of
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 165334**
**Date:    05/31/2015**

## INVOICE

Page:        1 of 2

**Sold To:**
Diversified Resources-Harrison County Mine
29425 Chagrin Boulevard
Suite 300
Pepper Pike OH 44122
USA

**Ship To:**
Harrison County Coal Company
Harrison Co. Prep Plant
372 Robinson Mine Road
Shinnston WV 26431-6837
USA

**Fax:**                                        **EMail:**

| | |
|---|---|
| Purchase Order: 4500514158 | Basis of Sale: EXW Manufacturing Facility |
| Sales Order:    42027 | Sales Person:  Zach Gourley | Ship Via:     Customer Pick Up |
| Terms:     Net 30 | Sales Tax ID: | Ship Date:    5/31/2015 |

Location:  Port Clinton          US Dollars

*Length tolerance -0/+4%*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 60DF3500GT375X250FDL200A | 1,350.00 | 1,350.00 FT | 94.50 | 127,575.00 |
| | 60" DynaFlight ST3500 Granite 3/8x13/32 F c/w DynaLoops on bottom cover @200/ 1/4 full cover over loops/ D7.6 P15.2 C96 | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder |
|---|---|---|---|---|
| 41262 | 1 | 62,200 | 00069160E | 42027-1-10 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | 60DF3500GT375X250FDL200A | 1,350.00 | 1,350.00 FT | 94.50 | 127,575.00 |
| | 60" DynaFlight ST3500 Granite 3/8x13/32 F c/w DynaLoops on bottom cover @200/ 1/4 full cover over loops/ D7.6 P15.2 C96 | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder |
|---|---|---|---|---|
| 41263 | 1 | 62,600 | 00069159C | 42027-1-3 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 3 | 60DF3500GT375X250FDL200A | 1,350.00 | 1,351.00 FT | 94.50 | 127,669.50 |
| | 60" DynaFlight ST3500 Granite 3/8x13/32 F c/w DynaLoops on bottom cover @200/ 1/4 full cover over loops/ D7.6 P15.2 C96 | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder |
|---|---|---|---|---|
| 41264 | 1 | 62,675 | 00069160D | 42027-1-9 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 4 | 60DF3500GT375X250FDL200A | 1,350.00 | 1,355.00 FT | 94.50 | 128,047.50 |
| | 60" DynaFlight ST3500 Granite 3/8x13/32 F c/w DynaLoops on bottom cover @200/ 1/4 full cover over loops/ D7.6 P15.2 C96 | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder |
|---|---|---|---|---|
| 41265 | 1 | 62,700 | 00069160C | 42027-1-8 |



**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 165334**
**Date:    05/31/2015**

## INVOICE

Fax:

EMail:

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 5 | 60DF3500GT375X250FDL200A | 1,350.00 | 1,350.00 FT | 94.50 | 127,575.00 |
| | 60" DynaFlight ST3500 Granite 3/8x13/32 F c/w DynaLoops on bottom cover @200/ 1/4 full cover over loops/ D7.6 P15.2 C96 | | | | |

| Packing Slip | Line | Weight | Lot Number | | SalesOrder |
|---|---|---|---|---|---|
| 41266 | 1 | 62,600 | 00069160B | | 42027-1-7 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 6 | 60DF3500GT375X250FDL200A | 1,350.00 | 1,350.00 FT | 94.50 | 127,575.00 |
| | 60" DynaFlight ST3500 Granite 3/8x13/32 F c/w DynaLoops on bottom cover @200/ 1/4 full cover over loops/ D7.6 P15.2 C96 | | | | |

| Packing Slip | Line | Weight | Lot Number | | SalesOrder |
|---|---|---|---|---|---|
| 41267 | 1 | 62,500 | 00069160A | | 42027-1-6 |

For billing questions please email FDABilling@fennerdunlop.com

**Total:    $    766,017.00**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions or Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is hereby incorporated by reference into and made a part of this invoice. Purchaser acknowledges it has read and agrees to be bound b such Terms and Conditions. Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion, modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 165521**
**Date:      06/05/2015**

**INVOICE**

Page:        1 of 1

| **Sold To:** | **Ship To:** |
|---|---|
| Diversified Resources - American Coal<br>29425 Chagrin Boulevard<br>Suite 300<br>Pepper Pike OH 44122 | American Coal Company<br>New Future Mine<br>780 Netty Green Rd.<br>Galatia IL 62935<br>USA |
| **Fax:** | **EMail:** |

| Purchase Order: | 4500509980 | Basis of Sale: | CPT Galatia, IL | | |
|---|---|---|---|---|---|
| Sales Order: | 42135 | Sales Person: | Matt Hallman | Ship Via: | Muskoka |
| Terms: | Net 30 | Sales Tax ID: | 34-1714760 | Ship Date: | 6/5/2015 |

| | Location:  Bracebridge | US Dollars |
|---|---|---|

*Quote 23011*

*ATTN: J CARR (618) 268-6455*

*LengthhTolerance -0+4%*

*CUSTOMER PICK UP. CONTACT JEFF HURT ONCE BELTS ARE COMPLETED WITH FOOTAGE, ROLL NUMBER, WEIGHT.*

*4/16/15 - Per Jeff Hurt ship the 6 belts ready as Prepaid And Add*

*5/13/15 - Per Jeff Hurt ship balance as Prepaid and Add - OK to ship last week of May*

*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 72MH41000FBAR188x188M | 1,000.00 | 1,024.00 FT | 80.25 | 82,176.00 |
| | 72" MineHaul 4-1000 Fire Boss AR 3/16x3/16 Molded Edge | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder | | |
|---|---|---|---|---|---|---|
| 41279 | 1 | 31,360 | 00069437 | 42135-1-13 | | |
| | **Freight** | | | 1 EA | 1,898.02 | 1,898.02 |

For billing questions please email FDABilling@fennerdunlop.com

**Total:    $        84,074.02**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions of
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy


**FENNER DUNLOP**
ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 165548**
**Date:     06/08/2015**

### INVOICE

Page:       1 of 1

**Sold To:**
Diversified Resources - American Coal
29425 Chagrin Boulevard
Suite 300
Pepper Pike OH 44122

**Ship To:**
American Coal Company
New Future Mine
780 Netty Green Rd.
Galatia IL 62935
USA

Fax: | EMail:

| Purchase Order: 4500509980 | Basis of Sale: CPT Galatia, IL | |
|---|---|---|
| Sales Order: 42135 | Sales Person: Matt Hallman | Ship Via: Muskoka |
| Terms: Net 30 | Sales Tax ID: 34-1714760 | Ship Date: 6/5/2015 |

Location: Bracebridge       US Dollars

*Quote 23011*

*ATTN: J CARR (618) 268-6455*

*LengthhTolerance -0+4%*

*CUSTOMER PICK UP. CONTACT JEFF HURT ONCE BELTS ARE COMPLETED WITH FOOTAGE, ROLL NUMBER, WEIGHT.*

*4/16/15 - Per Jeff Hurt ship the 6 belts ready as Prepaid And Add*

*5/13/15 - Per Jeff Hurt ship balance as Prepaid and Add - OK to ship last week of May*

*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 72MH41000FBAR188x188M | 1,000.00 | 1,022.00 FT | 80.25 | 82,015.50 |
| | 72" MineHaul 4-1000 Fire Boss AR 3/16x3/16 Molded Edge | | | | |

| Packing Slip | Line | Weight | Lot Number | SalesOrder | | |
|---|---|---|---|---|---|---|
| 41281 | 1 | 30,780 | 00069438 | 42135-1-14 | | |
| | **Freight** | | | 1 EA | 1,898.02 | 1,898.02 |

For billing questions please email FDABilling@fennerdunlop.com

Total:    $        83,913.52

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions of
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**FENNER DUNLOP**
*ENGINEERED CONVEYOR SOLUTIONS*

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 165702**
**Date: 06/11/2015**

## INVOICE

Page: 1 of 1

**Sold To:**
Diversified Resources-Harrison County Mine
29425 Chagrin Boulevard
Suite 300
Pepper Pike OH 44122
USA

**Ship To:**
Harrison County Coal Company
Harrison Co. Prep Plant
372 Robinson Mine Road
Shinnston WV 26431-6837
USA

Fax:      EMail:

| | |
|---|---|
| Purchase Order: 4500514158B | Basis of Sale: CPT Manufacturing Facility |
| Sales Order: 43935 | Sales Person: Zach Gourley    Ship Via: Ameri-Line |
| Terms: Net 30 | Sales Tax ID:    Ship Date: 6/10/2015 |

Location: Toledo      US Dollars

*Delivery on June 1st, 2015*

*Freight to be an added value to the invoice*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | SK-S060-G01-375B95X407-76F296 | 10.00 | 5.00 EA | 10,155.48 | 50,777.40 |
| | Steelcord SPlice Kit - Standard 60" Group 01 3/8 | | | **Discount** | -12,694.35 |
| | B95NNX13/32- D7.6 P15.2 E96 | | | **Net:** | 38,083.05 |

| Packing Slip | Line | Weight | | **SalesOrder** | | |
|---|---|---|---|---|---|---|
| 41517 | 1 | 5,375 | | 43935-1-1 | | |
| | | **Freight** | | 1 EA | 1,378.85 | 1,378.85 |

For billing questions please email FDABilling@fennerdunlop.com      **Total: $ 39,461.90**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions of
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice. Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions. Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**FENNER DUNLOP**
ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 165993**
**Date:     06/18/2015**

## INVOICE

Page:        1 of 1

| **Sold To:** | **Ship To:** |
|---|---|
| Diversified Resources-Harrison County Mine<br>29425 Chagrin Boulevard<br>Suite 300<br>Pepper Pike OH 44122<br>USA | Harrison County Coal Company<br>Harrison Co. Prep Plant<br>372 Robinson Mine Road<br>Shinnston WV 26431-6837<br>USA |

| **Fax:** | **EMail:** |
|---|---|

| Purchase Order: 4500514158 | Basis of Sale: EXW Manufacturing Facility | | |
|---|---|---|---|
| Sales Order:   42027 | Sales Person: Zach Gourley | Ship Via: | Customer Pick Up |
| Terms:          Net 30 | Sales Tax ID: | Ship Date: | 6/18/2015 |

| Location: Port Clinton | US Dollars |
|---|---|

*4 belts from this order were changed from Customer Pickup to delivery.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 60DF3500GT375X250FDL200A | 0.00 | 0.00 | 94.50 | 0.00 |
| | 60" DynaFlight ST3500 Granite 3/8x13/32 F c/w DynaLoops<br>on bottom cover @200/ 1/4 full cover over loops/ D7.6 P15.2<br>C96 | | | | |
| | **Freight** | | 1  EA | 15,792.84 | 15,792.84 |

For billing questions please email FDABilling@fennerdunlop.com                    **Total:     $          15,792.84**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions o
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**FENNER DUNLOP**
ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 166412**
**Date:    06/26/2015**

**INVOICE**

Page:        1 of 1

| **Sold To:** | **Ship To:** |
|---|---|
| Diversified Resources - American Coal<br>29425 Chagrin Boulevard<br>Suite 300<br>Pepper Pike OH 44122 | American Coal Company<br>New Era Mine<br>9085 Highway 34 North<br>Galatia IL 62935<br>USA |

| **Fax:** | **EMail:** |
|---|---|

| Purchase Order: 4500556837 | Basis of Sale: CPT Galatia IL | | |
|---|---|---|---|
| Sales Order:      44768 | Sales Person:  Todd Reddick | Ship Via: | UPS - Next Day Air |
| Terms:            Net 30 | Sales Tax ID: 34-1714760 | Ship Date: | 6/26/2015 |

| | Location:  Toledo | US Dollars |
|---|---|---|

PO#4500556837

*Ship UPS Next Day Air PPD/ADD - Need Noodles by Monday if possible*

*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | D30-523024-28-118-100FB | 10.00 | 10.00 PK | 524.02 | 5,240.20 |
| | Group-10 Fire Boss Finger Splicing Fire Boss Noodle 30 Pack | | | **Discount** | -1,310.05 |
| | Size 100  .118"x.394"x450' | | | **Net:** | 3,930.15 |

| | Packing Slip | Line | | SalesOrder | | |
|---|---|---|---|---|---|---|
| | 41987 | 1 | | 44768-1-1 | | |
| | | **Freight** | 1 EA | 1,374.30 | 1,374.30 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | B30-B95NN-523024-60-020-020FB | 4.00 | 4.00 RL | 1,385.75 | 5,543.00 |
| | Groups-10 B95NN Breaker (Fire Boss Tie Gum) | | | | |

Job No.:   00077108

| | Packing Slip | Line | SalesOrder |
|---|---|---|---|
| | 41987 | 2 | 44768-2-1 |

For billing questions please email FDABilling@fennerdunlop.com

**Total:   $        10,847.45**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions or
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 166484**
**Date:   06/29/2015**

### INVOICE

Page:       1 of 2

| **Sold To:** | **Ship To:** |
|---|---|
| Diversified Resources-MonValley Transportation | MonValley Transportation, Inc. |
| 29425 Chagrin Boulevard | Murray Energy Corporation |
| Suite 300 | 860 Vanceville Rd. |
| Pepper Pike OH 44122 | Eighty Four PA 15330 |
| USA | USA |

**Fax:**                              **EMail:**

| Purchase Order: 4500555947 | Basis of Sale: CPT Eighty Four PA | | |
|---|---|---|---|
| Sales Order:    44702 | Sales Person:  Zach Gourley | Ship Via:   Con-way Freight | |
| Terms:         Net 30 | Sales Tax ID: | Ship Date:   6/29/2015 | |

| Location:   Toledo | US Dollars |
|---|---|

PO#4500555947
*Ship PPD/ADD ASAP - Contact Jeff Hurt @ 216-591-0061 prior to shipping*
*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | B425-523024-S02-T2 | 10.00 | 10.00 RL | 395.32 | 3,953.20 |
| | Steel Cord Noodle Gum (Size-2) .220 x .450 x 425' | | | **Discount** | -988.30 |
| | | | | **Net:** | 2,964.90 |

| **Packing Slip** | **Line** | **SalesOrder** |
|---|---|---|
| 42027 | 1 | 44702-1-1 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | B30-523024-28-040 | 12.00 | 12.00 RL | 335.30 | 4,023.60 |
| | Groups-1,2,7,8,10,12 Premium Range Tie Gum .040 x 28" x 30' | | | **Discount** | -1,005.90 |
| | | | | **Net:** | 3,017.70 |

**Job No.:**  00076989

| **Packing Slip** | **Line** | **SalesOrder** |
|---|---|---|
| 42027 | 2 | 44702-2-1 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 3 | B30-525655-28-059 | 3.00 | 3.00 RL | 513.89 | 1,541.67 |
| | Group-10 Fire Boss Cover Stock #15 .059" x 28" x 30' | | | **Discount** | -385.42 |
| | | | | **Net:** | 1,156.25 |

**Job No.:**  00076990

| **Packing Slip** | **Line** | **SalesOrder** |
|---|---|---|
| 42027 | 3 | 44702-3-1 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 4 | B30-525770-28-039 | 3.00 | 3.00 RL | 372.94 | 1,118.82 |
| | Group-1 Wide Range Cover Stock #10 .039" x 28" x 30' | | | **Discount** | -279.71 |
| | | | | **Net:** | 839.11 |

**Job No.:**  00076991

| **Packing Slip** | **Line** | **SalesOrder** |
|---|---|---|
| 42027 | 4 | 44702-4-1 |



**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 166484**
**Date:    06/29/2015**

**INVOICE**

Fax:                                    EMail:

---

For billing questions please email FDABilling@fennerdunlop.com          **Total:    $          7,977.96**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions or Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion, modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 166485**
**Date:      06/29/2015**

### INVOICE

Page:      1 of 1

| **Sold To:** | **Ship To:** |
|---|---|
| Diversified Resources-MonValley Transportation | MonValley Transportation, Inc. |
| 29425 Chagrin Boulevard | Murray Energy Corporation |
| Suite 300 | 860 Vanceville Rd. |
| Pepper Pike OH 44122 | Eighty Four PA 15330 |
| USA | USA |

| **Fax:** | **EMail:** |
|---|---|

| Purchase Order: 4500556978 | Basis of Sale: CPT Eighty Four, PA | |
|---|---|---|
| Sales Order:    44761 | Sales Person:  Zach Gourley | Ship Via:    Con-way Freight |
| Terms:          Net 30 | Sales Tax ID: | Ship Date:   6/29/2015 |

| Location:  Toledo | US Dollars |
|---|---|

PO4500556978/1650

*PPD/ADD*
*CUSTOMER PICK UP. CONTACT JEFF HURT ONCE BELTS ARE COMPLETED WITH FOOTAGE, ROLL NUMBER, WEIGHT.*

*All laced belt, belts should be skived for fasteners.*
*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | SK-51073Q | 30.00 | 30.00 QT | 46.54 | 1,396.20 |
| | Cement 51073 Steel Cord & Fabric Quart | | | **Discount** | -349.05 |
| | | | | **Net:** | 1,047.15 |

| **Packing Slip** | **Line** | | **SalesOrder** | | |
|---|---|---|---|---|---|
| 42028 | 1 | | 44761-1-1 | | |
| | **Freight** | | | 1 EA | 156.58 | 156.58 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | B30-523024-28-040 | 20.00 | 20.00 RL | 335.30 | 6,706.00 |
| | Groups-1,2,7,8,10,12 Premium Range Tie Gum .040 x 28" x 30' | | | **Discount** | -1,676.50 |
| | | | | **Net:** | 5,029.50 |
| | | | | **Job No.:**  00077109 | |

| **Packing Slip** | **Line** | | **SalesOrder** | | |
|---|---|---|---|---|---|
| 42028 | 2 | | 44761-2-1 | | |

For billing questions please email FDABilling@fennerdunlop.com

**Total:    $        6,233.23**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions of
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 166560**
**Date:** 06/30/2015

## INVOICE

Page: 1 of 1

| Sold To: | Ship To: |
|---|---|
| Diversified Resources- Ohio County Mine<br>29425 Chagrin Boulevard<br>Suite 300<br>Pepper Pike OH 44122<br>USA | Ohio County Mine<br>Benwood Warehouse<br>Route 2-4th St. Exit<br>Benwood WV 26031<br>USA |
| **Fax:** | **EMail:** |

| | | | |
|---|---|---|---|
| Purchase Order: 4500467523 | Basis of Sale: CPT Benwood, WV | | |
| Sales Order: 39566 | Sales Person: Zach Gourley | Ship Via: | Con-way Freight |
| Terms: Net 30 | Sales Tax ID: | Ship Date: | 6/30/2015 |

| Location: Toledo | US Dollars |
|---|---|

*Attn: Robert Klee (304) 238-1593 - Prep Plant*

*Quote 20107*

*Length Tolerance -0+4%*

*Ship Prepaid and Add*

*CONTACT JEFF HURT ONCE BELTS ARE COMPLETED WITH FOOTAGE, ROLL NUMBER, WEIGHT.*

*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

*6/26/15 - Changed ship to per Chuck Felix shipping to Ohio County Coal*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | SK-Steel Cord Splice Kit<br>54" DynaFlight ST2000 Granite 5/16 X 1/4 UniLoop@ 100ft on<br>Pulley Cover D5.6 P15.2 C87 | 6.00 | 6.00 EA | 3,496.28 | 20,977.68 |

Job No.: 00062336

| Packing Slip | Line | Weight | | SalesOrder | | | |
|---|---|---|---|---|---|---|---|
| 42024 | 1 | 4,212 | | 39566-3-1 | | | |
| | | | **Freight** | | 1 EA | 242.72 | 242.72 |

---

For billing questions please email FDABilling@fennerdunlop.com

**Total: $ 21,220.40**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions of
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice. Purchaser acknowledges it has read and agrees to be bound by
such Terms and Conditions. Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**FENNER DUNLOP**
*E N G I N E E R E D   C O N V E Y O R   S O L U T I O N S*

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 166561**
**Date: 06/30/2015**

**INVOICE**

Page: 1 of 1

| **Sold To:** | **Ship To:** |
|---|---|
| Diversified Resources-MonValley Transportation | MonValley Transportation, Inc. |
| 29425 Chagrin Boulevard | Murray Energy Corporation |
| Suite 300 | 860 Vanceville Rd. |
| Pepper Pike OH 44122 | Eighty Four PA 15330 |
| USA | USA |

Fax: EMail:

| Purchase Order: | 4500555947 | Basis of Sale: | CPT Eighty Four PA | | |
|---|---|---|---|---|---|
| Sales Order: | 44702 | Sales Person: | Zach Gourley | Ship Via: | Con-way Freight |
| Terms: | Net 30 | Sales Tax ID: | | Ship Date: | 6/30/2015 |

| Location: | Toledo | US Dollars |
|---|---|---|

PO#4500555947
*Ship PPD/ADD ASAP - Contact Jeff Hurt @ 216-591-0061 prior to shipping*
*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | SK-TOLUOL | 25.00 | 25.00 QT | 24.83 | 620.75 |
| | Solvent Toluol Quart | | | **Discount** | -155.19 |
| | | | | **Net:** | 465.56 |

| **Packing Slip** | **Line** | | **SalesOrder** | | |
|---|---|---|---|---|---|
| 42062 | 1 | | 44702-7-1 | | |
| | **Freight** | | 1 EA | 133.71 | 133.71 |

For billing questions please email FDABilling@fennerdunlop.com

**Total:   $       599.27**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions o
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice. Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions. Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 166818**
**Date:  07/10/2015**

## INVOICE

Page:   1 of 2

| Sold To: | Ship To: |
|---|---|
| Diversified Resources - American Coal<br>29425 Chagrin Boulevard<br>Suite 300<br>Pepper Pike OH 44122 | American Coal Company<br>New Era Mine<br>9085 Highway 34 North<br>Galatia IL 62935<br>USA |

| Fax: | EMail: |
|---|---|

| Purchase Order: 4500560661 | Basis of Sale: CPT Galatia IL | | |
|---|---|---|---|
| Sales Order:     44963 | Sales Person:  Todd Reddick | Ship Via:  | Con-way Freight |
| Terms:           Net 30 | Sales Tax ID:  34-1714760 | Ship Date: | 7/10/2015 |

| | Location:  Toledo | US Dollars |
|---|---|---|

PO#4500560661
*Ship PPD/ADD*

*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | B30-523024-28-040FB | 18.00 | 18.00 RL | 384.57 | 6,922.26 |
| | Group-10 Fire Boss Tie Gum .040 x 28" x 30' | | | **Discount** | -1,730.57 |
| | | | | **Net:** | 5,191.69 |

| | | | | **Job No.:** | 00077949 |
|---|---|---|---|---|---|

| Packing Slip | Line | | | SalesOrder | |
|---|---|---|---|---|---|
| 42271 | 1 | | | 44963-1-1 | |
| | **Freight** | | 1  EA | 178.49 | 178.49 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | B30-525655-28-079 | 8.00 | 8.00 RL | 533.12 | 4,264.96 |
| | Group-10 Fire Boss Cover Stock #20 .079" x 28" x 30' | | | **Discount** | -1,066.24 |
| | | | | **Net:** | 3,198.72 |

| Packing Slip | Line | | | SalesOrder | |
|---|---|---|---|---|---|
| | | | | **Job No.:** | 00077950 |
| 42271 | 2 | | | 44963-2-1 | |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 3 | B30-525655-28-138 | 8.00 | 8.00 RL | 1,019.18 | 8,153.44 |
| | Group-10 Fire Boss Cover Stock #35 .138" x 28" x 30' | | | **Discount** | -2,038.36 |
| | | | | **Net:** | 6,115.08 |

| | | | | **Job No.:** | 00077951 |
|---|---|---|---|---|---|

| Packing Slip | Line | | | SalesOrder | |
|---|---|---|---|---|---|
| 42271 | 3 | | | 44963-3-1 | |



**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 166818**
**Date:    07/10/2015**

## INVOICE

Page:      2 of 2

Fax:

EMail:

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|------|------------------------|-------------|-------------|------------|-----------|
| 4 | B30-B95NN-523024-60-020-020FB | 2.00 | 2.00 RL | 1,385.75 | 2,771.50 |
|   | Groups-10 B95NN Breaker (Fire Boss Tie Gum) | | | Discount | -692.88 |
|   |  | | | Net: | 2,078.62 |

**Job No.:**  00077952

| Packing Slip | Line | | SalesOrder |
|--------------|------|---|------------|
| 42271 | 4 | | 44963-4-1 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|------|------------------------|-------------|-------------|------------|-----------|
| 5 | SK-DREL62x100 | 2.00 | 2.00 RL | 198.57 | 397.14 |
|   | Double Release Paper 62" x 100' | | | Discount | -99.29 |
|   |  | | | Net: | 297.85 |

| Packing Slip | Line | | SalesOrder |
|--------------|------|---|------------|
| 42271 | 5 | | 44963-5-1 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|------|------------------------|-------------|-------------|------------|-----------|
| 6 | SK-51073Q | 30.00 | 30.00 QT | 46.54 | 1,396.20 |
|   | Cement 51073 Steel Cord & Fabric Quart | | | Discount | -349.05 |
|   |  | | | Net: | 1,047.15 |

| Packing Slip | Line | | SalesOrder |
|--------------|------|---|------------|
| 42271 | 6 | | 44963-6-1 |

For billing questions please email FDABilling@fennerdunlop.com

**Total:     $        18,107.60**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions o
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**FENNER DUNLOP**
ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 167109**
**Date:    07/17/2015**

**INVOICE**

Page:       1 of 1

| **Sold To:** | **Ship To:** |
|---|---|
| Diversified Resources-MonValley Transportation | MonValley Transportation, Inc. |
| 29425 Chagrin Boulevard | Murray Energy Corporation |
| Suite 300 | 860 Vanceville Rd. |
| Pepper Pike OH 44122 | Eighty Four PA 15330 |
| USA | USA |

**Fax:**                                    **EMail:**

| Purchase Order: 4500555947 | Basis of Sale: CPT Eighty Four PA | | |
|---|---|---|---|
| Sales Order:  44702 | Sales Person:  Zach Gourley | Ship Via:  UPS | |
| Terms:  Net 30 | Sales Tax ID: | Ship Date:  7/17/2015 | |

| Location:  Toledo | US Dollars |
|---|---|

PO#4500555947
*Ship PPD/ADD ASAP - Contact Jeff Hurt @ 216-591-0061 prior to shipping*
*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | B30-525835-28-138 | 2.00 | 2.00 RL | 1,348.12 | 2,696.24 |
|  | Group-12 High Abrasion Resistant Cover Stock #35 .138" x |  |  | **Discount** | -674.06 |
|  | 28" x 30' |  |  | **Net:** | 2,022.18 |

**Job No.:**  00076992

| **Packing Slip** | **Line** | | **SalesOrder** | | |
|---|---|---|---|---|---|
| 42423 | 1 | | 44702-5-1 | | |
|  | **Freight** | | 1 EA | 183.54 | 183.54 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | B30-525835-28-198 | 2.00 | 2.00 RL | 1,685.14 | 3,370.28 |
|  | Group-12 High Abrasion Resistant Cover Stock #50 .198" x |  |  | **Discount** | -842.57 |
|  | 28" x 30' |  |  | **Net:** | 2,527.71 |

**Job No.:**  00076993

| **Packing Slip** | **Line** | | **SalesOrder** | | |
|---|---|---|---|---|---|
| 42423 | 2 | | 44702-6-1 | | |

For billing questions please email FDABilling@fennerdunlop.com

**Total:    $          4,733.43**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions o
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**FENNER DUNLOP**
ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 167110**
**Date:    07/17/2015**

## INVOICE

| **Sold To:** | **Ship To:** |
|---|---|
| Diversified Resources-MonValley Transportation<br>29425 Chagrin Boulevard<br>Suite 300<br>Pepper Pike OH 44122<br>USA | MonValley Transportation, Inc.<br>Murray Energy Corporation<br>860 Vanceville Rd.<br>Eighty Four PA 15330<br>USA |

| **Fax:** | **EMail:** |
|---|---|

| Purchase Order: | 4500561119 | Basis of Sale: | CPT Eighty Four PA | | |
|---|---|---|---|---|---|
| Sales Order: | 45016 | Sales Person: | Zach Gourley | Ship Via: | Con-way Freight |
| Terms: | Net 30 | Sales Tax ID: | | Ship Date: | 7/17/2015 |

| | Location: | Toledo | US Dollars |
|---|---|---|---|

PO#4500561119
*Ship PPD/ADD*

*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | B30-523024-28-040 | 1.00 | 1.00 RL | 335.30 | 335.30 |
| | Groups-1,2,7,8,10,12 Premium Range Tie Gum .040 x 28" x 30' | | | **Discount** | -83.83 |
| | | | | **Net:** | 251.47 |

| | | | **Job No.:** | 00078145 |
|---|---|---|---|---|

| Packing Slip | Line | | SalesOrder |
|---|---|---|---|
| 42430 | 1 | | 45016-1-1 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | B30-525655-28-198 | 4.00 | 4.00 RL | 1,267.38 | 5,069.52 |
| | Group-10 Fire Boss Cover Stock #50 .198" x 28" x 30' | | | **Discount** | -1,267.38 |
| | | | | **Net:** | 3,802.14 |

| | | | **Job No.:** | 00078146 |
|---|---|---|---|---|

| Packing Slip | Line | | SalesOrder |
|---|---|---|---|
| 42430 | 2 | | 45016-2-1 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 3 | B30-525655-28-079 | 2.00 | 2.00 RL | 533.12 | 1,066.24 |
| | Group-10 Fire Boss Cover Stock #20 .079" x 28" x 30' | | | **Discount** | -266.56 |
| | | | | **Net:** | 799.68 |

| | | | **Job No.:** | 00078147 |
|---|---|---|---|---|

| Packing Slip | Line | | SalesOrder |
|---|---|---|---|
| 42430 | 3 | | 45016-3-1 |



**FENNER DUNLOP**

ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 167110**
**Date:** 07/17/2015

**INVOICE**

Page: 2 of 2

Fax:

EMail:

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|------|-------------------------|-------------|-------------|------------|-----------|
| 4 | B30-525655-28-138 | 5.00 | 5.00 RL | 1,019.18 | 5,095.90 |
| | Group-10 Fire Boss Cover Stock #35 .138" x 28" x 30' | | | Discount | -1,273.98 |
| | | | | Net: | 3,821.92 |

**Job No.:** 00078148

| Packing Slip | Line | | SalesOrder |
|--------------|------|--|------------|
| 42430 | 4 | | 45016-4-1 |

For billing questions please email FDABilling@fennerdunlop.com

**Total: $ 8,675.21**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions of Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is hereby incorporated by reference into and made a part of this invoice. Purchaser acknowledges it has read and agrees to be bound b such Terms and Conditions. Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion, modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy



**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA 15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone: 412-249-0700
Fax: 412-249-0701

**Invoice: 167303**
**Date: 07/23/2015**

## INVOICE

| **Sold To:** | **Ship To:** |
|---|---|
| Diversified Resources-MonValley Transportation | MonValley Transportation, Inc. |
| 29425 Chagrin Boulevard | Murray Energy Corporation |
| Suite 300 | 860 Vanceville Rd. |
| Pepper Pike OH 44122 | Eighty Four PA 15330 |
| USA | USA |

| Fax: | EMail: |
|---|---|

| Purchase Order: 4500563486 | Basis of Sale: CPT Eight Four PA | |
|---|---|---|
| Sales Order: 45173 | Sales Person: Zach Gourley | Ship Via: Con-way Freight |
| Terms: Net 30 | Sales Tax ID: | Ship Date: 7/23/2015 |

| Location: Toledo | US Dollars |
|---|---|

PO#4500563486
*Since shipping on 7/24 please Next day air  - contact Jeff Hurt (216) 591-0061 prior to ship*

*DO NOT MAIL INVOICE. PITTSBURGH TO FAX INVOICE TO (216) 591-0079.*

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | SK-51073Q | 21.00 | 21.00 QT | 46.54 | 977.34 |
| | Cement 51073 Steel Cord & Fabric Quart | | | **Discount** | -244.34 |
| | | | | **Net:** | 733.00 |

| Packing Slip | Line | | SalesOrder |
|---|---|---|---|
| 42538 | 1 | | 45173-1-1 |
| | **Freight** | 1 EA | 254.45 | 254.45 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2 | B30-525655-28-198 | 19.00 | 19.00 RL | 1,267.38 | 24,080.22 |
| | Group-10 Fire Boss Cover Stock #50 .198" x 28" x 30' | | | **Discount** | -6,020.06 |
| | | | | **Net:** | 18,060.16 |
| | | | | **Job No.:** | 00078573 |

| Packing Slip | Line | | SalesOrder |
|---|---|---|---|
| 42538 | 2 | | 45173-2-1 |

| Line | Part Number/Description | Qty Ordered | Qty Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 3 | B30-525655-28-138 | 19.00 | 19.00 RL | 1,019.18 | 19,364.42 |
| | Group-10 Fire Boss Cover Stock #35 .138" x 28" x 30' | | | **Discount** | -4,841.11 |
| | | | | **Net:** | 14,523.31 |
| | | | | **Job No.:** | 00078574 |

| Packing Slip | Line | | SalesOrder |
|---|---|---|---|
| 42538 | 3 | | 45173-3-1 |



ENGINEERED CONVEYOR SOLUTIONS

**REMIT TO:**
Fenner Dunlop Americas, Inc.
P.O. Box 347625
Pittsburgh, PA  15251-4625

Omega Corporate Center
1000 Omega Drive Suite 1400
Pittsburgh PA 15205
EIN-58-0255700

Phone:  412-249-0700
Fax:  412-249-0701

**Invoice: 167303**
**Date:    07/23/2015**

## INVOICE

Page:        2 of 2

**Fax:**                          **EMail:**

For billing questions please email FDABilling@fennerdunlop.com          **Total:    $          33,570.92**

Unless otherwise agreed to in writing by Fenner Dunlop Americas, Inc., this invoice is subject to the Standard Terms and Conditions of
Sale of Fenner Dunlop Americas, Inc. posted at www.fennerdunlopamericas.com/termsofsale (the "Terms and Conditions") and is
hereby incorporated by reference into and made a part of this invoice.  Purchaser acknowledges it has read and agrees to be bound b
such Terms and Conditions.  Purchaser also acknowledges Fenner Dunlop Americas, Inc. may, from time to time and at its discretion,
modify the Terms and Conditions and Purchaser agrees to be bound by such Terms and Conditions as modified.

Confidential Customer Copy